**Order entered October 30, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00847-CV

**PETRINA L. THOMPSON, Appellant**

**V.**

**DALLAS CITY ATTORNEY'S OFFICE, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15685**

## ORDER

Before the Court is appellant's October 26, 2017 second unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 2, 2017. We caution appellant that further extension requests will be disfavored.

/s/    CRAIG STODDART
        JUSTICE